IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISTAR CASINO EAST CHICAGO, LLC, MICHAEL PEGORARO, JAMES MALECKY, LISA JUNG and MONIR DAVID,<br><br>    Plaintiffs,<br><br>v.<br><br><br>UNITE HERE LOCAL 1,<br><br>    Defendant. | Case No. 1:16-cv-05379<br><br>Honorable Judge Manish S. Shah |

## DEFENDANT UNITE HERE LOCAL 1's UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD

    Defendant UNITE HERE Local 1 hereby requests a ten-day extension of its time to file an answer, motion to dismiss, or other responsive pleading to the Complaint in this action, and, in support, states as follows:

    1.    Plaintiffs Ameristar Casino East Chicago LLC, Michael Pegoraro, James Malecky, Lisa Jung, and Monir David filed their Complaint in this action on May 19, 2016. They served the Complaint on May 20, 2016.

    2.    Local 1's lead counsel on this matter, Kristin Martin of Davis, Cowell & Bowe LLP, was on vacation from May 13 through May 30, 2016. Extending the time in which to answer or otherwise plead by ten days will allow Martin sufficient time to review the allegations made in the Complaint and prepare Local 1's response.

3.      On May 25, 2016, counsel for Plaintiffs and for Local 1 stipulated that Local 1 would have an additional ten days in which to answer, file a motion to dismiss, or otherwise plead in response to the Complaint. Accordingly, Plaintiffs do not oppose this motion.

**WHEREFORE, Defendant Local 1 respectfully requests:**

That the Court grant a ten-day extension in the time for Defendant Local 1 to answer, move to dismiss, or otherwise respond to the Complaint, up to and including June 20, 2016.

ASHER, GITTLER & D'ALBA, LTD.

200 West Jackson Blvd., Suite 1900
Chicago, IL 60606
312-263-1500

By: /s/Margaret Angelucci_____
     Margaret A. Angelucci


DAVIS, COWELL & BOWE, LLP

595 Market Street, Suite 800
San Francisco, CA 94105
415-597-7200


By: /s/Kristin L. Martin_____
     Kristin L. Martin, *pro hac vice* pending


*Attorneys for UNITE HERE Local 1*