IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AMERISTAR CASINO EAST CHICAGO, LLC,
MICHAEL PEGORARO, JAMES MALECKY,
LISA JUNG and MONIR DAVID,
        Plaintiffs,

v.

UNITE HERE LOCAL 1,
        Defendant.

Case No. 1:16-cv-05379

## NOTICE OF MOTION

TO:

| | |
|---|---|
| Max G. Brittain , Jr. | Henry W. Sledz , Jr. |
| Schiff Hardin LLP | Schiff Hardin LLP |
| 233 South Wacker Drive | 233 South Wacker Drive |
| Suite 6600 | Suite 6600 |
| Chicago, IL 60606 | Chicago, IL 60606 |

    PLEASE TAKE NOTICE that on June 7, 2016, at 9:45 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Manish S. Shah, in the Courtroom usually occupied by him in Room 1719 of the U.S. District Courthouse, 219 South Dearborn Street, Chicago, Illinois and then and there present **DEFENDANT UNITE HERE LOCAL 1's UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is herewith served upon you.

                               /s/Margaret Angelucci
                               Margaret Angelucci

Margaret Angelucci (06224392)
Alexander Rosenthal (6310040)
ASHER, GITTLER & D'ALBA, LTD.
200 W. Jackson Blvd., Suite 1900
Chicago, IL 60606
Phone (312) 263-1500

# CERTIFICATE OF SERVICE

       I, Margaret Angelucci, certify that I served the attached **DEFENDANT UNITE HERE LOCAL 1's UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** on all parties electronically, pursuant to ECF as to Filing Users, and Counsel shall otherwise comply with LR 5.5. as to any party who is not a Filing User or a represented by a Filing User.

       Max G. Brittain , Jr.
       Schiff Hardin LLP
       233 South Wacker Drive
       Suite 6600
       Chicago, IL 60606

       Henry W. Sledz , Jr.
       Schiff Hardin LLP
       233 South Wacker Drive
       Suite 6600
       Chicago, IL 60606

       /s/Margaret Angelucci