IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERISTAR CASINO EAST CHICAGO, LLC, MICHAEL JUNG, JAMES MALECKY, LISA JUNG and MONIR DAVID,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITE HERE LOCAL 1,<br><br>Defendant. | Case No. 1:16-cv-05379<br><br>Honorable Manish S. Shah |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS BROUGHT BY
<u>PLAINTIFF JAMES MALECKY</u>**

UNITE HERE Local 1 ("Local 1") and Plaintiffs Ameristar Casino East Chicago, James Malecky, Michael Pegoraro, Lisa Jung, and Dennis Tossi stipulate as follows:

1. James Malecky's claims will be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2. Ameristar Casino East Chicago, Michael Pegoraro, Lisa Jung, and Dennis Tossi will not will not seek to introduce any evidence in connection with dispositive motions or at any trial in this case about:

   a. Local 1's conduct or communications directed at or about James Malecky prior to the date of this stipulation of dismissal;

   b. Damages incurred as a consequence of Local 1's conduct or communications directed at or about James Malecky prior to the date of this stipulation of dismissal;

  c. Local 1's conduct or communications directed at or about James Malecky on or after the date of this stipulation of dismissal, if such conduct or communications are of a similar nature to conduct or communications that occurred prior to the date of this stipulation of dismissal; or

  d. Damages incurred as a consequence of Local 1's conduct or communications directed at or about James Malecky on or after the date that of this stipulation of dismissal, if such conduct or communications are of a similar nature to conduct or communications that occurred prior to the date of this stipulation of dismissal.

  3. James Malecky will not file a complaint against Local 1 alleging any state-law claims that are (a) the same as or similar to the ones dismissed in this case and (b) based on conduct or communications that occurred prior to the date of this stipulation of dismissal or that is of a similar nature to conduct or communications that occurred prior to the date of this stipulation because the Court determined in this case that they are preempted.

Submitted June 22, 2017

| | |
|---|---|
| */s/ Henry W. Sledz, Jr.* | */s/ Kristin L. Martin* |
| Henry W. Sledz, Jr. | Kristin L. Martin |
| Max G. Brittain, Jr. | Kimberly Clare Weber |
| Lauren S. Novak | |
| Adam J. Diederich | McCracken, Stemerman & Holsberry |
| Christina A. Jacobson | 595 Market Street, Suite 800 |
| | San Francisco, CA 94105 |
| Schiff Hardin LLP | 415-597-7200 |
| 233 South Wacker Drive, Suite 6600 | klm@msh.law |
| Chicago, IL 60606 | kweber@msh.law |
| (312) 258-5500 | |
| hsledz@schiffhardin.com | ***Attorneys for the Defendant*** |
| mbrittain@schiffhardin.com | |
| lnovak@schiffhardin.com | |
| adiederich@schiffhardin.com | |

***Attorneys for the Plaintiffs***

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2017, I caused a copy of the foregoing to be served via the Electronic Case Filing System (ECF) to all counsel of record.

                                                        */s/ Henry W. Sledz Jr.*
                                                         Henry W. Sledz Jr.