# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Ameristar Casino East Chicago LLC, et al.

                                                    Plaintiff,

v.                                                             Case No.: 1:16−cv−05379
                                                             Honorable Manish S. Shah

UNITE HERE Local 1

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 25, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. The parties have leave to pursue damages discovery as discussed in open court. By 11/9/18, the parties shall file a status report with a proposed discovery schedule, including any expert discovery. Continued status hearing is set for 11/13/18 at 9:30 a.m. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.