**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division**

Ameristar Casino East Chicago LLC, et al.

                                                                                      Plaintiff,

v.                                                                                                                Case No.: 1:16−cv−05379
                                                                                                                Honorable Manish S. Shah

UNITE HERE Local 1

                                                                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 13, 2018:

      MINUTE entry before the Honorable Manish S. Shah: Status hearing held. Damages fact discovery must be completed by 3/31/19. All expert discovery must be noticed in time to be completed by 7/31/19. Status hearing continued to 2/19/19 at 9:30 a.m. Notices mailed. (jk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.